IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20687-JLK

LEONARDO HERNANDEZ and
ANA PATRICIA HERNANDEZ,

    Plaintiffs,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

### JOINT MOTION TO EXTEND TRIAL AND REMAINING PRE-TRIAL DEADLINES

COME NOW the Parties, LEONARDO HERNANDEZ and ANA PATRICIA HERNANDEZ, Plaintiffs, and SCOTTSDALE INSURANCE COMPANY, Defendant, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1), and hereby move for an extension of the deadlines imposed by the Court and in support thereof state as follows:

1. The Court set this case for trial for the two-week docket commencing on November 7, 2022 [DOC 7].

2. To date, the Parties have complied with all pretrial deadlines imposed by the Court.

3. Upon the exchange of the Parties' expert reports, the Parties believe that substantive negotiations will be mutually beneficial prior to incurring the costs of expert discovery.

4. The Parties have scheduled mediation to occur on July 28, 2022 before Scott Weinstein, Esq. [DOC 8].

5. The current discovery deadline is June 29, 2022.

6. The Parties request an extension of the discovery deadline until September 8, 2022 and an extension of Trial and all other remaining pretrial deadlines for an additional 60 days such that the Parties may engage in substantive settlement negotiations and mediation prior to

incurring costs of expert discovery in accordance with the Proposed Amended Scheduling Order attached hereto as **Exhibit "A."**

7. The Parties are in agreement that an extension will provide them with the best possible opportunity to achieve a negotiated resolution of this case.

8. This motion has not been brought for the purposes of delay or harassment, and no party will be prejudiced by an Order granting this motion, nor will the Court be inconvenienced.

9. The Parties have conferred and are in agreement with the joint filing of the instant motion.

WHEREFORE, the Parties respectfully request that this Court extend its discovery deadline to September 8, 2022 and extend trial and all remaining pretrial deadlines for an additional 60 days.

Respectfully submitted this 3rd day of June 2022.

| | |
|---|---|
| **INSURANCE LITIGATION GROUP** | **PHELPS DUNBAR, LLP** |
| Attorney for Plaintiffs | Attorneys for Defendant |
| 1500 NE 162nd Street | 100 South Ashley Drive, Suite 1900 |
| Miami, Florida 33162 | Tampa, FL 33602 |
| Telephone: (786) 529-0090 | t: (813) 472-7550 |
| Facsimile:  (866) 239-9520 | |
| BY:   /s/*Kevin Hirsh* | BY:    /s/ Chancey O. Smith |
|         **Kevin Hirsh, Esq.** |         **Chancey O. Smith, Esq.** |
|         Florida Bar No. 123565 |         Florida Bar No. 122255 |
| | **Patricia A. McLean, Esq.** |
| | Florida Bar No. 129143 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on June 3, 2022, I electronically filed the foregoing document was filed using this Honorable Court's CM/ECF system, at which time all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document.

*/s/Chancey O. Smith*
Attorney