IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:21-cv-20687-JLK

LEONARDO HERNANDEZ and
ANA PATRICIA HERNANDEZ,

    Plaintiffs,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.

_____/

### PROPOSED AMENDED SCHEDULING ORDER

THIS MATTER having come before the Court upon the Parties' Joint Motion to Extend Trial and Pretrial Deadlines, and the Court having duly considered the motion and the record in this case it is accordingly:

**ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED**. The parties shall comply with the following deadlines:

| Date | Event |
|---|---|
| September 5, 2022 | Motion deadline |
| September 8, 2022 | Discovery deadline |
| September 20, 2022 | Parties to Submit Joint Pretrial Stipulations |
| November 1, 2022 | Final Pretrial Conference |
| January 2023 | Trial Date |

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this____day of_____, 2022.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record