Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:21-cv-20687-JLK**

LEONARDO HERNANDEZ and
ANA PATRICIA HERNANDEZ,

     *Plaintiffs,*

vs.

SCOTTSDALE INSURANCE COMPANY,

     Defendant.

_____/

**<u>DECLARATION OF ASHER PERLIN</u>**

Pursuant to 28 U.S.C. § 1746, Asher Perlin declares as follows:

1.   I respectfully submit this declaration in support of my application for an award of attorney's fees incurred in this action. The statements contained in this affidavit are based on my personal knowledge. I am over the age of twenty-one years old. I am physically and mentally capable of making the statements contained in this affidavit.

2.   I have been a member of the Florida Bar since 1993. I am also admitted to practice in the State of New York. I am also a member in good standing of the following federal courts:

- Supreme Court of the United States
- United States Court of Appeals for the Seventh Circuit
- United States Court of Appeals for the Eleventh Circuit
- United States Court of Appeals for the District of Columbia Circuit
- United States District Court for the Southern District of Florida
- United States District Court for the Middle District of Florida
- United States District Court for the Northern District of Florida
- United States District Court for the District of Columbia
- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of New York

- United States District Court for the District of Colorado

3.  I earned my J.D. with high honors from the University of Florida College of Law, where I was admitted to the honorary scholastic society Order of the Coif and served as a board member of the Florida Law Review.

4.  I began my legal career as a federal law clerk to the Honorable Federico A. Moreno of the United States District Court for the Southern District of Florida.

5.  Since then, I have collaborated with several top-tier, nationally recognized litigation and appellate groups on all aspects of trial, appellate, and arbitral proceedings.

6.  Before starting my own firm, I served as the outside lead appellate counsel and federal litigation resource for a 100-lawyer Florida real estate law firm.

7.  I have also acted as an expert witness in Israeli courts on matters of United States substantive law and federal procedural law.

8.  Over the last two years I have served as co-counsel with Plaintiff's law firm on their federal cases.

9.  I also maintain my own federal practice. In addition to insurance litigation, I have developed an expertise in anti-terrorism litigation.

10. In *Rubin v. Islamic Republic of Iran,* 138 S. Ct. 816 (2018), I successfully petitioned the U.S. Supreme Court for a writ of certiorari, briefed the case for the petitioners, and argued the case on behalf of the petitioners in the Supreme Court.

11. I have obtained federal judgments totaling more than $650 million against terrorist entities and their sponsors, including foreign sovereigns.  *See e.g.*, *Mark v. Islamic Republic of Iran*, 2022 WL 4103854 (D.D.C. Sept. 8, 2022) ($282 million judgment against Iran); *Weinstock v. Iran,* 2019 WL 1507255 (judgments of $26 million against Iran and $79 million against Hamas) and 2019 WL 1993778

(S.D. Fla. 2019), and *Weinstock v. Abu. Marzook,* 2019 WL 1470245 (S.D. Fla. 2019) ($79 million judgment against a senior Hamas leader); *Hirshfeld v. Islamic Repub. of Iran*, 330 F. Supp. 3d 107, 140 (D.D.C. 2018) ($190 million judgment against Iran).

12. I successfully appealed to the D.C. Circuit an order dismissing Foreign Sovereign Immunities Act claims against the Democratic People's Republic of Korea for the abduction, torture, and murder of an American human rights activist. *Han Kim v. Democratic People's Republic of Korea,* 774 F. 3d 1044 (D.C. Cir. 2014). The reversal opened the door for the entry of a $330 million judgment in favor of the plaintiffs.

13. I have also been working in first-party insurance litigation for more than 10 years.

14. In *Sigma Funding Grp., LLC v. Sec. First Ins. Co.*, 2022 WL 3567761 (Fla. 5th D.C.A. Aug. 19, 2022), successfully appealed dismissal of an action brought by an insurance claim funding company. The court of appeals accepted my argument regarding the proper construction of the statute under which the case had been dismissed.

15. In *Villar v. Scottsdale Ins. Co.*, No. 22-CV-21362, 2022 WL 3098912 (S.D. Fla. Aug. 4, 2022), the court accepted my argument that a pre-suit notice statute could not be applied retroactively and denied the insurer's motion to dismiss.

16. In *Fox v. First Liberty Ins. Corp.*, No. 3:21CV879-MCR-HTC, 2021 WL 6328353 (N.D. Fla. Oct. 6, 2021), I prevailed in a motion for remand after arguing that the insurer had failed to carry its burden of demonstrating that the case satisfied the amount in controversy requirement of 28 U.S.C. § 1332.

17. In *Fla. Ins. Guar. Ass'n v. Potts,* 229 So. 3d 330 (Fla. 2d DCA 2017), I successfully defended an appeal brought by a Florida state entity acting as receiver for an insolvent insurance company challenging enforcement of a settlement agreement between the plaintiffs and their insurer. *Fla. Ins. Guar. Ass'n v. Potts,* 229 So. 3d 330 (Fla. 2d DCA 2017).

18. I served as federal counsel for the Plaintiffs in the above-titled action.

19. I have expended 19.7 hours representing the Plaintiffs on this file, all of which were reasonably incurred in the scope of my representation. I have reviewed my firm's time records attached as *Exhibit A* and believe them to be reasonable, ordinary, and necessarily incurred with this litigation.

20. The scope of my representation focused on reviewing the pleadings, reviewing this Court's Orders, researching the applicable law, leading federal litigation, supervising and ensuring compliance with discovery, and ultimately ensuring the successful progression of this matter.

21. I respectfully request that I be compensated at an hourly rate of $575.00 per hour for work performed in the case at bar.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on October 7, 2022

/s/ Asher Perlin
Asher Perlin

Exhibit A

| | Date | Description | Timekeeper | Hours Billed | Effective Rate | Bill Amount | P Exp Hrs Allow | P Exp Rate Allow | P Exp Total | P Exp Comment |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/22/2020 | Enter all relevant intake Information into firm's case management system. | Sydel Highfield | 1.5 | $175.00 | $262.50 | 1.5 | $175.00 | $262.50 | Reasonable. Would normally expect to see a 1 to 2 hour entry for new file/ client intake from the attorney at a much higher rate. |
| 2 | 1/4/2021 | Draft initial written discovery requests, including First Request for Admissions, First Set of Interrogatories, and First Request for Production. | Anya Francis | 0.6 | $475.00 | $285.00 | 0.6 | $375.00 | $225.00 | Reasonable |
| 3 | 1/4/2021 | Drafted initial Complaint. | Anya Francis | 0.6 | $475.00 | $285.00 | 0.6 | $375.00 | $225.00 | Reasonable |
| 4 | 1/4/2021 | Reviewed case file so as to identify decision letter and information regarding Commercial Water & Mold's status as an assignee in aid of drafting initial Complaint. | Anya Francis | 0.7 | $475.00 | $332.50 | 0.7 | $375.00 | $262.50 | Reasonable evaluation of file for preparation of complaint |
| 5 | 1/11/2021 | E-File Complaint package. | Anya Francis | 0.3 | $475.00 | $142.50 | 0 | $375.00 | $0.00 | Reduction recommended. Considered as part of other entry |
| 6 | 1/11/2021 | Review of Anya's drafted Complaint and written discovery requests for completeness and accuracy prior to filing with the Court. | Kimesha S. Smith | 0.5 | $475.00 | $237.50 | 0.5 | $450.00 | $225.00 | Reasonable review and edits to lawsuit |
| 7 | 1/13/2021 | Review of firm's E-filing portal account to verify that it was done correctly in order for a summons to be isued. | Sydel Highfield | 0.3 | $175.00 | $52.50 | 0 | $175.00 | $0.00 | Reduction recommended. Considered as part of other entry |
| 8 | 1/14/2021 | Respond to email from Commercial Water & Mold regarding underpayment on their Direction to Pay. | Nicole Shacket | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable client communication |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 1/14/2021 | Receipt and review of email from Commercial Water & Mold regarding underpayment on their Direction to Pay. | Nicole Shacket | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable client communication |
| 10 | 1/18/2021 | Mail initial complaint and discovery package to process server for service. | Sydel Highfield | 0.3 | $175.00 | $52.50 | 0.1 | $175.00 | $17.50 | Reasonable to expect some attorney direction and oversight to send case for service and to set up tracking but recommendation to .1 recommended |
| 11 | 1/24/2021 | E-file Notice of Service of Process | Leidy Lopez | 0.2 | $175.00 | $35.00 | 0.1 | $175.00 | $17.50 | Reasonable and material assistance from paralegal in preparing documents for attorney/ court filing. Recommendation to .1 recommended |
| 12 | 1/24/2021 | Receipt and review of Notice of Service of Process. | Leidy Lopez | 0.1 | $175.00 | $17.50 | 0.1 | $175.00 | $17.50 | Reasonable tracking of case movement by attorney/ paralegal |
| 13 | 1/25/2021 | Comprehensive review of file, including review of estimates, photographs, correspondence, and inspection reports, to determine initial litigation strategy for this file and familiarize myself with the pertinent facts and legal issues surrounding this case. | Kevin  Hirsh | 2.5 | $475.00 | $1,187.50 | 2.5 | $450.00 | $1,125.00 | Reasonable prep to start litigation strategy |
| 14 | 2/1/2021 | Sent email to opposing counsel providing her with a copy of our damages estimate per her request. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable efforts toward settlement |
| 15 | 2/1/2021 | Receipt andf review of email from opposing counsel following up on her request for our damages estimate. | Kevin  Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable efforts toward settlement |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 2/1/2021 | Phone call with opposing counsel to discuss this file in greater detail. Counsel requested a copy of our damages estimate to support our initial demand and requested to schedule a re-inspection of the property. | Kevin Hirsh | 0.25 | $475.00 | $118.75 | 0.25 | $450.00 | $112.50 | Reasonable efforts toward settlement |
| 17 | 2/2/2021 | Sent email to opposing counsel providing a proposed agreed order on their Request for Entry Upon Land for her review. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable toward resolution of evidentiary issue with OC |
| 18 | 2/2/2021 | Receipt and review of email from opposing counsel seeking a proposed agreed order on their Request for Entry Upon Land. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable toward resolution of evidentiary issue with OC |
| 19 | 2/15/2021 | Receipt and review of opposing counsel's Answer & Affirmative Defenses. | Kevin Hirsh | 0.3 | $475.00 | $142.50 | 0.3 | $450.00 | $135.00 | Reasonable |
| 20 | 2/18/2021 | Receipt and review of opposing counsel's Notice of Removal indicating that this matter has been removed to federal court. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 21 | 2/22/2021 | Sent email to Asher Perlin containing a copy of opposing counsel's Notice of Removal and the state court docket file to assist him with drafting a potential Motion to Remand. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable coordination between counsel to address somewhat specialized Federal removal/ remand issue |
| 22 | 2/22/2021 | Receipt and review of Whatsapp message from Asher Perlin requesting a copy of the Notice of Removal along with all documents that were filed in state court before the removal took place. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable coordination between counsel to address somewhat specialized Federal removal/ remand issue |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23 | 2/22/2021 | Sent Whatsapp message to Asher Perlin to see if he is able to assist us with remanding this case back to state court. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable coordination between counsel to address somewhat specialized Federal removal/ remand issue |
| 24 | 2/25/2021 | Receipt and review of letter from the Court providing further instructions for pro hac vice admission to federal court. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 25 | 3/3/2021 | Receipt and review of lengthy email from Asher Perlin providing notes from his research as to whether we will be able to remand this matter back to state court. | Kevin Hirsh | 0.5 | $475.00 | $237.50 | 0.5 | $450.00 | $225.00 | Reasonable coordination between counsel to address somewhat specialized Federal removal/ remand issue. Also reasonable time spent toward strategy and case direction |
| 26 | 3/10/2021 | Sent email to Asher Perlin reminding him of our deadline for filing a Motion to Remand is coming up on 3/22/21. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable coordination between counsel to address somewhat specialized Federal removal/ remand issue |
| 27 | 3/10/2021 | R&R email from Asher Perlin advising that he will give me a call on this file to discuss it further next week. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable and minimal entry to confirm coordination between counsel |
| 28 | 3/18/2021 | Sent email to Asher Perlin requesting confirmation from him once the Motion to Remand has been timely filed. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable and minimal entry to confirm coordination between counsel |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 3/19/2021 | Receipt and review of email from Asher providing his final analysis as to whether we will be able to successfully prevail on a Motion to Remand on this file. | Kevin Hirsh | 0.3 | $475.00 | $142.50 | 0.2 | $450.00 | $90.00 | Reasonable coordination between counsel to address somewhat specialized Federal removal/ remand issue. Minor reduction recommended |
| 30 | 3/22/2021 | Receipt and review of email from Asher seeking confirmation as to whether we want to proceed with drafting a Motion to Remand based on our previous discussions. | Kevin Hirsh | 0.3 | $475.00 | $142.50 | 0.2 | $450.00 | $90.00 | Reasonable coordination between counsel to address somewhat specialized Federal removal/ remand issue. Minor reduction recommended |
| 31 | 3/31/2021 | Receipt and review of opposing counsel's first set of discovery to Plaintiffs, including their First Request for Admissions, First Set of Interrogatories, and First Request for Production. | Kevin Hirsh | 0.5 | $475.00 | $237.50 | 0.5 | $450.00 | $225.00 | Reasonable |
| 32 | 4/20/2021 | Spoke with the clients to confirm their availability for a re-inspection of their property with opposing counsel's retained expert. | Sabrina Antonelli | 0.2 | $195.00 | $39.00 | 0.2 | $175.00 | $35.00 | Reasonable client communication |
| 33 | 4/29/2021 | Phone call with clients so as to assist with the drafting of our responses to Defendant's Request for Admissions. | Enrique Pineiro | 0.4 | $475.00 | $190.00 | 0.4 | $375.00 | $150.00 | Reasonable client communication |
| 34 | 4/29/2021 | Drafted our responses to Defendant's Request for Admissions. | Enrique Pineiro | 1.2 | $475.00 | $570.00 | 1.2 | $375.00 | $450.00 | Reasonable |
| 35 | 4/29/2021 | Review of pre-suit documents in file, including estimates, repair invoices, mitigation documents, and photos, to assist with drafting our responses to Defendant's Request for Admissions. | Enrique Pineiro | 0.8 | $475.00 | $380.00 | 0.8 | $375.00 | $300.00 | Reasonable |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 5/5/2021 | Sent email to opposing counsel agreeing to reschedule the parties' Rule 26(f) pending further instructions from the Court on this matter. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable toward resolution of evidentiary/ hearing issue with OC |
| 37 | 5/5/2021 | Receipt and review of email from opposing counsel seeking to reschedule the parties' Rule 26(f) conference scheduled for today. | Kevin  Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable toward resolution of evidentiary/ hearing issue with OC |
| 38 | 6/9/2021 | Receipt and review of email from opposing counsel following up on the completion of our responses to Defendant's written discovery requests. | Barbara Moss | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable and material assistance from paralegal in preparing documents for attorney/ court filing. |
| 39 | 6/10/2021 | Phone call with opposing counsel in which we clarified that the initial disclosures conference has not yet been held on this matter. We agreed to schedule the conference for 6/18/22 at 2:00 PM. | Kevin  Hirsh | 0.2 | $475.00 | $95.00 | 0.2 | $450.00 | $90.00 | Reasonable work toward resolution of evidentiary/ hearing issue with OC |
| 40 | 6/10/2021 | Sent email to opposing counsel to memorialize the parties' agreement to conduct an initial disclosures conference on 6/18/21. | Kevin  Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable work toward resolution of evidentiary/ hearing issue with OC |
| 41 | 6/10/2021 | Sent email to opposing counsel requesting that our Rule 26(f) conference be scheduled prior to our submission of written discovery responses. Replied to OC's email seeking our responses to written discovery as follows: | Kevin  Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable work toward resolution of evidentiary/ hearing issue with OC |
| 42 | 6/10/2021 | Sent email to opposing counsel CC'ing Monique for further assistance with scheduling their requested depositions. | Kevin  Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable case direction/ strategy from attorney |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 6/10/2021 | Receipt and review of email from opposing counsel seeking the depositions of our clients, their estimator, and the corporate representative of Total Leak Detection. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable. Attorney would track and direct |
| 44 | 6/15/2021 | Sent email to opposing counsel seeking dates of their availability for the depositions of our clients, their estimator, and the corporate representative of Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 45 | 6/23/2021 | Sent email to opposing counsel confirming our availability for the depositions of Defendant's desk adjuster, Defendant's field adjuster, our clients, our clients' estimator, and the corporate representative of Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 46 | 6/23/2021 | Receipt and review of email from opposing counsel providing their availability for the depositions of Defendant's corporate representative, field adjuster, and desk adjuster. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 47 | 6/24/2021 | Review of docket to determine whether Defendant's discovery responses have been filed and whether we need to follow up with opposing counsel to obtain said responses. | Leidy Lopez | 0.3 | $175.00 | $52.50 | 0.2 | $175.00 | $35.00 | Minor reduction recommended |
| 48 | 6/29/2021 | Receipt and review of email from opposing counsel confirming that their expert's re-inspection of the property will move forward on 6/30/21. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable. Attorney would track and direct |
| 49 | 6/29/2021 | Sent email to opposing counsel seeking to confirm Defendant's expert's re-inspection of the property scheduled for 6/30/21. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | 6/29/2021 | Phone call with clients to confirm Defendant's expert's re-inspection of their property scheduled for 6/30/21. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 51 | 6/30/2021 | Sent email to oposing counsel confirming the clients' address for today's expert re-inspection. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 52 | 6/30/2021 | Phone call with clients to confirm their address for today's expert re-inspection per opposing counsel's request. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 53 | 6/30/2021 | Receipt and review of email from opposing counsel seeking to confirm the clients' address prior to today's expert re-inspection. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 54 | 7/1/2021 | Initial discussion with Mike regarding transfer of matter. Review of case, noting damage acknowledged, as well as review of video of piping, to determine litigation strategy moving forward. | Yisroel Silverman | 0.7 | $475.00 | $332.50 | 0.7 | $375.00 | $262.50 | Reasonable |
| 55 | 7/6/2021 | Review of email from Kevin providing status of the file from when he was handling it until the time it was transferred to me. | Yisroel Silverman | 0.25 | $475.00 | $118.75 | 0.1 | $375.00 | $37.50 | Some reduction recommended to account for potential overlap |
| 56 | 7/6/2021 | Review of matter and federal docket status and any impending deadlines upon taking over the file. | Yisroel Silverman | 0.4 | $475.00 | $190.00 | 0.2 | $375.00 | $75.00 | Reasonable case direction/ strategy from attorney. Some reduction recommended to account for potential overlap |
| 57 | 7/8/2021 | Completed draft of Federal discovery responses; including responses to Interrogatories and request for production along with compilation of production file. Email to Yisroel, discovery responses ready for review. | Barbara Moss | 6 | $195.00 | $1,170.00 | 6 | $175.00 | $1,050.00 | Reasonable and material assistance from paralegal in preparing documents for attorney/ court filing. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 7/8/2021 | Sent email to opposing counsel to reschedule their expert's re-inspection of the property, as the expert could not complete his inspection on 6/30/21 due to inclement weather. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable. Attorney (with staff assistance) would track and direct |
| 59 | 7/9/2021 | Sent email to opposing counsel requesting alternative dates of availability to reschedule their expert's re-inspection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 60 | 7/9/2021 | Receipt and review of email from opposing counsel providing dates of availability to reschedule their expert's re-inspection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 61 | 7/12/2021 | Receipt and review of email from opposing counsel advising that she will obtain alternative dates of availability from her expert to conduct his re-inspection of the property. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 62 | 7/12/2021 | Phone call with clients to confirm re-inspection by Defendant's expert on 7/28/21 at 2:00 PM. | Sabrina Antonelli | 0.2 | $195.00 | $39.00 | 0.2 | $175.00 | $35.00 | Reasonable |
| 63 | 7/13/2021 | Revised RFA responses drafted by Lourna prior to filing with PACER. | Enrique Pineiro | 1.2 | $475.00 | $570.00 | 0.6 | $375.00 | $225.00 | Some reduction recommended to account for potential overlap |
| 64 | 7/13/2021 | Sent follow-up text message to clients reminding them to execute their jurat pages in support of our responses to Defendant's interrogatories. | Barbara Moss | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable and material assistance from paralegal in preparing documents for attorney/ court filing. |
| 65 | 7/21/2021 | Receipt and review of email from opposing counsel providing dates of availability for the depositions of the clients, their estimator, and the corporate representative of Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 7/21/2021 | Sent email to opposing counsel requesting dates of availability for the depositions of the parties, the Defendant's field adjuster, the clients' estimator, and the corporate representative of Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 67 | 7/26/2021 | Review of docket and checking for any imminent deadlines upon taking over the file. | Yisroel Silverman | 0.25 | $475.00 | $118.75 | 0.25 | $375.00 | $93.75 | Reasonable case direction/ strategy from attorney |
| 68 | 7/27/2021 | Phone call with Christina Avila to confirm her atteddance on Plaintiffs' behalf for Defendant's expert's re-inspection on 7/28/21. | Sabrina Antonelli | 0.2 | $195.00 | $39.00 | 0.2 | $175.00 | $35.00 | Reasonable |
| 69 | 8/2/2021 | Receipt and review of email from opposing counsel providing dates of availability for the depositions of Defendant's corporate representative, Defendant's field adjuster, Defendant's desk adjuster, Plaintiffs' estimator, and the corporate representative of Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 70 | 8/9/2021 | Reviewed file so as to familiarize myself with the pertinent facts and legal issues on this case and filed notice of appearance. | Asher Perlin | 3.2 | $575.00 | $1,840.00 | 3.2 | $575.00 | $1,840.00 | Reasonable review for updated directions/ strategy for federal litigation |
| 71 | 8/11/2021 | Replied to Asher's email providing him with status on this claim. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable coordination between counsel to address litigation direction/ division of labor |
| 72 | 8/11/2021 | Receipt and review of email from Asher Perlin seeking status on this claim. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable coordination between counsel to address litigation direction/ division of labor |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 8/11/2021 | Reviewed file and discussed status of discovery and other matters with team. | Asher Perlin | 2.1 | $575.00 | $1,207.50 | 1.5 | $575.00 | $862.50 | Reasonable coordination between counsel to address litigation direction/ strategy. Some reduction recommended to account for potential overlap. |
| 74 | 8/12/2021 | Reviewed unfiled report of initial scheduling conference for completeness and accuracy before submitting to opposing counsel for approval. | Asher Perlin | 0.4 | $575.00 | $230.00 | 0.4 | $575.00 | $230.00 | Reasonable |
| 75 | 8/13/2021 | Receipt and review email from Asher to request that we discuss revising the deadlines in the parties' proposed scheduling report with opposing counsel. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 76 | 8/13/2021 | Drafted email to OC to follow up on finalization of the Rule 26(f) report. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 77 | 8/17/2021 | Conducted Rule 26 scheduling (follow-up) conference with opposing counsel. | Asher Perlin | 0.7 | $575.00 | $402.50 | 0.7 | $575.00 | $402.50 | Reasonable |
| 78 | 8/17/2021 | Edited and returned new draft of joint report prepared by o/c. Discussed internally Defendant's proposed mediators. | Asher Perlin | 0.5 | $575.00 | $287.50 | 0.5 | $575.00 | $287.50 | Reasonable |
| 79 | 8/17/2021 | Reviewed draft joint status report for completeness prior to sending to opposing counsel for further review. | Asher Perlin | 0.4 | $575.00 | $230.00 | 0.4 | $575.00 | $230.00 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | 8/18/2021 | Reviewed email from o/c regarding discovery requests; reviewed email and docs prepared by ILG discovery team in response to prior requests from opposing counsel. | Asher Perlin | 0.3 | $575.00 | $172.50 | 0.3 | $575.00 | $172.50 | Reasonable |
| 81 | 8/23/2021 | Reviewed and made further edits to proposed joint scheduling order; shared same with opposing counsel. | Asher Perlin | 0.4 | $575.00 | $230.00 | 0.4 | $575.00 | $230.00 | Reasonable |
| 82 | 8/23/2021 | Reviewed email from o/c; reviewed discovery requests and responded to o/c's email. Also asked opposing counsel about filing the parties' joint scheduling report. | Asher Perlin | 0.3 | $575.00 | $172.50 | 0.3 | $575.00 | $172.50 | Reasonable |
| 83 | 8/24/2021 | Finalized and filed Joint Scheduling Report | Asher Perlin | 0.3 | $575.00 | $172.50 | 0.3 | $575.00 | $172.50 | Reasonable |
| 84 | 8/24/2021 | Reviewed Defendant's initial disclosures and asked discovery team to prepare draft of ours. | Asher Perlin | 0.4 | $575.00 | $230.00 | 0.4 | $575.00 | $230.00 | Reasonable |
| 85 | 8/24/2021 | Sent email to Asher asking as to whether he would like for me to start drafting our initial disclosures on our end so that we can get this task completed ASAP. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable coordination between counsel to address litigation direction/ division of labor |
| 86 | 8/31/2021 | Receipt and review of trial order to assist with calendaring relevant deadlines for attorneys. | Sabrina Antonelli | 0.4 | $195.00 | $78.00 | 0.4 | $175.00 | $70.00 | Reasonable and material assistance from paralegal in preparing documents for attorney/ tracking deadlines. |
| 87 | 9/2/2021 | Reviewed and edited initial disclosures and served upon opposing counsel. | Asher Perlin | 0.5 | $575.00 | $287.50 | 0.5 | $575.00 | $287.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 88 | 9/2/2021 | Followed up with opposing counsel regarding status of initial disclosures and reviewed documents for assistance in completing our own initial disclosures. | Asher Perlin | 0.4 | $575.00 | $230.00 | 0.4 | $575.00 | $230.00 | Reasonable |
| 89 | 9/2/2021 | Receipt and review of signed Order setting trial, discovery deadlines, motion deadlines, and pre-trial conferences. | Kevin Hirsh | 0.3 | $475.00 | $142.50 | 0.3 | $450.00 | $135.00 | Reasonable |
| 90 | 9/2/2021 | Sent initial disclosures to Asher along with supporting documents for his review. | Lourna Rosembert-Joseph | 1.5 | $195.00 | $292.50 | 1 | $175.00 | $175.00 | Reasonable and material assistance from paralegal in preparing documents for attorney/ court filing. Recommendation to 1.0 recommended |
| 91 | 9/9/2021 | Reviewed file to consider expert witness requirements | Asher Perlin | 0.5 | $575.00 | $287.50 | 0.5 | $575.00 | $287.50 | Reasonable |
| 92 | 9/9/2021 | Prepared responses to Defendant's Discovery Requests | Asher Perlin | 0.5 | $575.00 | $287.50 | 0.5 | $575.00 | $287.50 | Reasonable |
| 93 | 9/13/2021 | Sent email to Addison Riley (Jon Pruitt's office) seeking to retain them as our damages expert for this file. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 94 | 9/20/2021 | Draft email to Addison Riley providing documents and information to assist with the scheduling of our expert's nspection. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable communication with expert |
| 95 | 9/20/2021 | Receipt and review of email from Addison Riley requesting documents and information to assist them with preparing their expert report and scheduling a re-inspection of the property. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable communication with expert |

| 96 | 9/30/2021 | R&R email from Addison Riley proposing 10/19/21 for their expert re-inspection. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable communication with expert |
|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 9/30/2021 | Sent email to Addison Riley following up on obtaining dates for an expert's inspection on this file. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable communication with expert |
| 98 | 10/7/2021 | Phone call with clients to confirm their availability for Addison Riley's inspection on 10/19/21. | Eva Hernandez | 0.1 | $175.00 | $17.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 99 | 10/8/2021 | Reviewed and finalized responses to Interrogatories and responses to Request for Production; served upon Defendant. | Asher Perlin | 0.9 | $575.00 | $517.50 | 0.9 | $575.00 | $517.50 | Reasonable |
| 100 | 10/11/2021 | Sent email to clients containing jurat page for their execution to accompany Plaintiffs' interrogatory responses. | Barbara Moss | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable and material assistance from paralegal in preparing documents for attorney/ court filing. |
| 101 | 10/12/2021 | Receipt and review of email from opposing counsel containing dates of availability for the depostitions of the Plaintiffs and the corporate representatives of Commercial Water & Mold, Handyman Detection Services, and Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 102 | 10/12/2021 | Followed up with Jon Pruitt via email regarding progress of completing his expert report. | Asher Perlin | 0.1 | $575.00 | $57.50 | 0.1 | $575.00 | $57.50 | Reasonable tracking of case movement by attorney/ paralegal |
| 103 | 10/20/2021 | Sent email to Asher providing my thoughts on an initial demand number. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 104 | 10/20/2021 | Reviewed pre-suit documents in file in order to assist Asher with coming up with an initial demand per his request. | Kevin Hirsh | 0.4 | $475.00 | $190.00 | 0.4 | $450.00 | $180.00 | Reasonable efforts toward settlement |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 105 | 10/21/2021 | Sent email to opposing counsel confirming our availability for the depositions of the Plaintiffs and the corporate representatives of Commercial Water & Mold,  Handyman Detection Services, and Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 106 | 10/21/2021 | Phone call with clients to confirm their availability for deposition on 2/2/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 107 | 10/21/2021 | Receipt and review of email from opposing counsel containing dates of availability for the depostitions of the Plaintiffs and the corporate representatives of Commercial Water & Mold, Handyman Detection Services, and Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 108 | 10/25/2021 | Sent email to Jon Pruitt CC'ing Asher for further discussions on his inspection findings as I am preparing for trial on another matter. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 109 | 10/25/2021 | Receipt and review of email from Jon Pruitt's office seeking to discuss the results of their inspection of the property last week. | Kevin  Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 110 | 11/2/2021 | Spoke with O/C who relayed a de minimis offer. Discussed the insurer's position and the basis therefor. Reviewed affirmative defenses, based upon suggestion of o/c. Reviewed policy and correspondence from insurer; reviewed plaintiffs' file, damages estimate, other documents. Wrote preliminary notes for response to o/c and to summarize our position. | Asher Perlin | 1.5 | $575.00 | $862.50 | 1.5 | $575.00 | $862.50 | Reasonable efforts toward settlement |
| 111 | 11/2/2021 | Emailed o/c to coordinate time to speak; reviewed emails with expert and followed up to schedule call to discuss | Asher Perlin | 0.25 | $575.00 | $143.75 | 0.25 | $575.00 | $143.75 | Reasonable |
| 112 | 11/3/2021 | Reviewed expert issues to work on new demand. | Asher Perlin | 0.3 | $575.00 | $172.50 | 0.3 | $575.00 | $172.50 | Reasonable |
| 113 | 11/3/2021 | Discussed expert strategy with Asher. | Yisroel Silverman | 0.5 | $475.00 | $237.50 | 0.3 | $375.00 | $112.50 | Reasonable case direction/ strategy from attorney. Some reduction recommended to account for potential overlap |
| 114 | 11/4/2021 | Phone call with Jon Pruitt who confirmed that he has the materials he needs to assist with drafting his expert report. | Asher Perlin | 0.4 | $575.00 | $230.00 | 0.4 | $575.00 | $230.00 | Reasonable communication with expert |
| 115 | 11/5/2021 | Receipt and review of email from Asher looking to speak with me about the results of his settlement conversation with opposing counsel and overall settlement negotiation strategy. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 116 | 11/5/2021 | Receipt and review of email from Asher advising that Jon Pruitt would be speaking with Total Leak Detection on this file in order to determine whether Total Leak was able to locate the exact source of the leak. He requested that we follow up with Jon in a couple of weeks' time to determine whether Jon has everything he needs to formulate his opinion. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 117 | 11/7/2021 | Continued email discussion with Kevin Hirsh regarding defendant's assessment of the damages, the policy terms, and our expert's assessment. | Asher Perlin | 0.3 | $575.00 | $172.50 | 0.3 | $575.00 | $172.50 | Reasonable coordination between counsel to address litigation direction/ division of labor |
| 118 | 11/7/2021 | Sent email to Asher providing him with my thoughts on settlement negotiation strategy following his recent settlement conversation with opposing counsel. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable coordination between counsel to address litigation direction/ division of labor |
| 119 | 12/4/2021 | Receipt and review of email from opposing counsel seeking to schedule mediation and inquiring as to whether we can agree to use Scott Weinstein as a mediator. | Monique Williams | 0.3 | $195.00 | $58.50 | 0.3 | $175.00 | $52.50 | Reasonable. Would normally expect to see this entry from an attorney at a higher rate |
| 120 | 12/4/2021 | Sent email to opposing counsel providing areas of inquiry to assist with Defendant's designation of a representative for deposition and providing dates of availability for the depositions of Defendant's corporate representative and field adjuster. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable. Would normally expect to see this entry from an attorney at a higher rate |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 121 | 12/4/2021 | Receipt and review of email from opposing counsel seekng dates of availability for the depositions of Defendant's corporate representative and field adjuster. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 122 | 12/6/2021 | Reviewed email from o/c, checked case file for response; shared name of proposed mediator with ILG WhatsApp groups to check proposed mediator with groups. | Asher Perlin | 0.3 | $575.00 | $172.50 | 0.3 | $575.00 | $172.50 | Reasonable to check out mediator choices |
| 123 | 12/7/2021 | Sent follow-up email to Jon Pruitt asking whether he needs more information in order to complete his expert report. | Asher Perlin | 0.1 | $575.00 | $57.50 | 0.1 | $575.00 | $57.50 | Reasonable communication with expert |
| 124 | 12/9/2021 | Receipt and review of email from Jon Pruitt confirming receipt of my email containing the applicable policy exclusions for this loss to assist with drafting his expert report. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable communication with expert |
| 125 | 12/9/2021 | Sent email to Jon Pruitt identifying all policy exclusions that may be applicable to this loss per his request. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable communication with expert |
| 126 | 12/9/2021 | R&R email from Jon Pruitt in response to Asher's follow-up email seeking his expert report requesting a list of all policy exclusions that may potentially apply to this loss. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable communication with expert |
| 127 | 12/9/2021 | Phone call with Asher to discuss litigation strategy and next steps for this file. | Kevin Hirsh | 0.3 | $475.00 | $142.50 | 0.3 | $450.00 | $135.00 | Reasonable coordination between counsel to address litigation direction/ division of labor |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 128 | 12/9/2021 | Meeting with Kevin to discuss expert reports and needed discovery; next steps. Followed up with expert. | Asher Perlin | 1 | $575.00 | $575.00 | 0.8 | $575.00 | $460.00 | Reasonable. Direction from lead counsel and case strategy. Also, entry includes follow up with expert. Recommended some reduction to account for potential overlap. |
| 129 | 12/15/2021 | Sent email to Jon Pruitt following up on obtaining his expert report and estimate. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable communication with expert |
| 130 | 12/28/2021 | Receipt and review of opposing counsel's Notice of Taking Deposition for Plaintiffs scheduled for 2/2/22. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $47.00 | Reasonable |
| 131 | 12/28/2021 | Receipt and review of opposing counsel's Notice of Taking Deposition for the deposition of Handyman Detection Services' corporate representative. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 132 | 12/30/2021 | Followed up with Jon Pruitt regarding his expert report or draft so we can meaningfully negotiate settlement with Defendant. | Asher Perlin | 0.1 | $575.00 | $57.50 | 0.1 | $575.00 | $57.50 | Reasonable communication with expert |
| 133 | 1/3/2022 | Sent email to Jon Pruitt's office following up on obtaining his expert report / estimate for this file. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable communication with expert |
| 134 | 1/4/2022 | Receipt and review of email from opposing counsel providing availability for the deposition of Defendant's corporate representative. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 135 | 1/4/2022 | Upon further discussion with Asher about opposing counsel's email from today regarding underwriting file testimony and the applicability privilege over certain documents in the claim file, we mutually agreed that the terms contained within said email were acceptable. I thus sent opposing counsel a reply approving the terms contained within her email. . | Kevin Hirsh | 0.3 | $475.00 | $142.50 | 0.3 | $450.00 | $135.00 | Reasonable case direction/ strategy from attorney. No duplicate charge from attorney Perlin for same task |
| 136 | 1/4/2022 | Receipt and review of email from opposing counsel seeking to resolve issues surrounding testimony regarding the underwriting file and the applicability of privilege over certain claim file documents during the corporate representative's deposition. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 137 | 1/4/2022 | Receipt and review of email from Jon Pruitt advising that his expert report / estimate will be ready by close of business today. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable communication with expert |
| 138 | 1/7/2022 | Sent follow-up email to Jon Pruitt's office requesting his expert report and estimate. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable communication with expert |
| 139 | 1/21/2022 | Receipt and review of email from Jon Pruitt's office enclosing their invoice for expert services performed. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable communication with expert |
| 140 | 1/21/2022 | Receipt and review of email from Jon Pruitt enclosing his expert estimate. Forwarded to Asher for further handling and requested confirmation as to whether he would like to discuss further. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 141 | 1/24/2022 | Sent email to opposing counsel providing dates of availability for the deposition of Defendant's corporate representative. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 142 | 1/24/2022 | Receipt and review of email from opposing counsel providing dates of availability for the deposition of Defendant's corporate representative. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 143 | 1/26/2022 | Reviewed damages report from Addison Riley and responded to email from Kevin; researched other expert-related issues. | Asher Perlin | 1.5 | $575.00 | $862.50 | 1.5 | $575.00 | $862.50 | Reasonable time for evaluation of damages, damages issues, expert evaluation |
| 144 | 1/31/2022 | Sent email to opposing counsel requesting the cancellation of the clients' depositions due to Kevin's illness with COVID. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 145 | 1/31/2022 | Receipt and review of email from opposing counsel agreeing to reschedule the Plaintiffs' depositions in this matter due to Kevin's illness with COVID. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 146 | 2/6/2022 | Reviewed expert reports; case schedule; next steps | Asher Perlin | 0.8 | $575.00 | $460.00 | 0.8 | $575.00 | $460.00 | Reasonable |
| 147 | 2/14/2022 | Receipt and review of opposing counsel's Notice of Cancellation for the deposition of Commercial Water & Mold's corporate representative scheduled for 2/15/22. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 148 | 2/14/2022 | Receipt and review of opposing counsel's Notice of Cancellation for the deposition of Total Leak Detection's corporate representative scheduled for 2/15/22. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 149 | 2/15/2022 | Comprehensive review of file so as to prepare for deposition of Handyman Detection Services' corporate representative scheduled for 2/16/22. | Kevin Hirsh | 1.5 | $475.00 | $712.50 | 1.5 | $450.00 | $675.00 | Reasonable prep for deposition |
| 150 | 2/16/2022 | Reviewed emails from o/c; reviewed expert opinion from Jon Pruitt. | Asher Perlin | 0.5 | $575.00 | $287.50 | 0.5 | $575.00 | $287.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 151 | 2/16/2022 | Sent email to opposing counsel in which we agreed to pay the cancellation fee for the court reporter for today's deposition of the corporate representative of Handyman Detection Services so as to avoid them receiving a Motion for Rule to Show Cause. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 152 | 2/16/2022 | Sent email to opposing counsel informing them of the need to cancel today's deposition of the corporate representative of Handyman Detection Services due to the fact that he has been called to testify at trial. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 153 | 2/16/2022 | Receipt and review of email from Handyman Detection Services advising that their representative will be unable to attend today's scheduled deposition due to the fact that he has been called to testify at trial. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 154 | 2/18/2022 | Sent email to court reporter enclosing Notice of Taking Deposition of Defendant's field adjuster for scheduling. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 155 | 2/18/2022 | Drafted and filed Notice of Taking Deposition for Defendant's field adjuster, including duces tecum request for items to be produced at deposition. | Monique Williams | 0.3 | $195.00 | $58.50 | 0.3 | $175.00 | $52.50 | Reasonable and material assistance from paralegal in preparing documents for attorney/ court filing. Would normally see charge from attorney at higher rate. |
| 156 | 2/18/2022 | Sent email to opposing counsel advising that notices for the depositions of Defendant's corporate representative and field adjuster would be filed shortly. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 157 | 2/18/2022 | Receipt and review of email from opposing counsel confirming the field adjuster's availability for deposition on 6/13/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 158 | 2/18/2022 | Sent email to court reporter enclosing Notice of Taking Deposition of Defendant's corporate representative for scheduling. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 159 | 2/18/2022 | Drafted and filed Notice of Taking Deposition for Defendant's corporate representative, including duces tecum request for items to be produced and schedule of areas of inquiry. | Monique Williams | 0.6 | $195.00 | $117.00 | 0.6 | $175.00 | $105.00 | Reasonable and material assistance from paralegal in preparing documents for attorney/ court filing. Would normally see charge from attorney at higher rate. |
| 160 | 2/18/2022 | Phone call with opposing counsel to confirm deposition dates for the parties, Defendant's field adjuster, and the corporate representatives of Commercial Water & Mold and Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 161 | 2/18/2022 | Receipt and review of email from opposing counsel seeking to confirm availability for the depositions of the Plaintiffs and the corporate representatives of Commercial Water & Mold and Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 162 | 2/18/2022 | Receipt and review of email from opposing counsel regarding the scheduling of the depositions of Defendant's corporate representative and field adjuster. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 163 | 2/18/2022 | Sent email to opposing counsel seeking dates of availability for the taking of the depositions of the corporate representatives of Total Leak Detection and Commercial Water and Mold as well as Defendant's corporate representative and field adjuster. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 164 | 2/18/2022 | Receipt and review of email from opposing counsel confirming the Plaintiffs' depositions for 4/21/22 and providing dates of availability for the depositions of Total Leak Detection and Commercial Water & Mold. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 165 | 2/18/2022 | Sent email to opposing counsel requesting a Spanish interpreter for the clients' depositions and advising that subpoenas will need to be served for the depostiions of Commercial Water & Mold and Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 166 | 2/18/2022 | Receipt and review of email from opposing counsel confirming availability for the depositions of the corporate representatives from Total Leak Deteciton and Commercial Water & Mold. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 167 | 2/18/2022 | Phone call with clients to confirm their availability for deposition on 4/7/22 or 4/21/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 168 | 2/18/2022 | Sent email to opposing counsel regarding the scheduling of the depositions of Defendant's corporate representative, Defendant's field adjuster, the Plaintiffs, and the corporate representatives of Commercial Water & Mold and Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 169 | 2/18/2022 | Receipt and review of email from opposing counsel confirming Defendant's field adjuster's availability for deposition and providing an address for service of his deposition subpoena. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 170 | 2/18/2022 | Receipt and review of email from opposing counsel regarding the scheduling of the depositions of the Plaintiffs, and the corporate representative of Commercial Water & Mold and Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 171 | 2/18/2022 | Receipt and review of email from opposing counsel seeking dates of availability for the Plaintiffs' depositions. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 172 | 2/21/2022 | Receipt and review of email from court reporter enclosing invoice for cancellation of Handyman Detection Services' deposition last week. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable. Attorney would review and appove case expense |
| 173 | 2/23/2022 | Receipt and review of email from opposing counsel enclosing the Amended Notices of Taking Deposition for thePlaintiffs and the corporate representatives of Commercial Water & Mold and Total Leak Detection. | Ana Carolina Sanchez | 0.3 | $195.00 | $58.50 | 0.3 | $175.00 | $52.50 | Reasonable. Would normally expect to see this entry from an attorney at a higher rate |
| 174 | 3/1/2022 | Receipt and review of email from Commercial Water & Mold containing questions as to the deposition subpoena they received on this file. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable client communication |
| 175 | 3/3/2022 | Sent email to clients providing them with copies of their Notices of Taking Deposition scheduled for 4/21/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable. Would normally expect to see this entry from an attorney at a higher rate |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 176 | 3/5/2022 | Receipt and review of email from opposing counsel advising that the deposition of Total Leak Detection's representative will be rescheduled since their counsel was not included in scheduling said deposition. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 177 | 3/11/2022 | Sent email to Commercial Water & Mold confirming our agreement to enter a limited appearance on their behalf for their upcoming deposition. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 178 | 3/11/2022 | Receipt and review of email from Commercial Water & Mold requesting that we enter a limited appearance on their behalf for their upcoming deposition. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 179 | 3/21/2022 | Reviewed Michael Lax's availability for mediation to determine whether we have availability to mediate with him prior to the Court's scheduling order deadline. | Monique Williams | 0.3 | $195.00 | $58.50 | 0.3 | $175.00 | $52.50 | Reasonable |
| 180 | 3/21/2022 | Sent email to opposing counsel regarding selection of a mediator for this file. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 181 | 3/21/2022 | Sent subpoena for field adjuster's deposition to process server for issuance. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable and material assistance from paralegal in preparing documents for service of process. |
| 182 | 3/21/2022 | Drafted subpoena for field adjuster's deposition to be issued by process server. | Monique Williams | 0.4 | $195.00 | $78.00 | 0.3 | $175.00 | $52.50 | Reasonable and material assistance from paralegal in preparing documents for attorney/ court filing. Would normally see charge from attorney at higher rate.  Minor reduction on hours |
| 183 | 3/21/2022 | Followed up with Kevin and team about selecting mediator | Asher Perlin | 0.25 | $575.00 | $143.75 | 0.25 | $575.00 | $143.75 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 184 | 3/30/2022 | Receipt and review of email from opposing counsel offering to resolve for $10,000.00 global. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable efforts toward settlement |
| 185 | 4/11/2022 | Replied to opposing counsel's email CC'ing Sabrina for further assistance with scheduling their requeested re-inspection. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 186 | 4/11/2022 | Receipt and review of email from opposing counsel seeking to schedule a re-inspection of the property with their causation expert. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 187 | 4/18/2022 | Sent email to opposing counsel requesting alternative dates of availability for the taking of the deposition of Handyman Detection Services' corporate representative. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 188 | 4/18/2022 | Receipt and review of email from opposing counsel seeking to schedule the deposition of Handyman Detection Services' corporate representative. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 189 | 4/18/2022 | Receipt and review of email from opposing counsel proposing dates of availability for mediation. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 190 | 4/18/2022 | Receipt and review of email from opopsing counsel providing dates of availability for mediation. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 191 | 4/18/2022 | Coordinated deposition preparation conference with clients for 4/19/22 at 4:00 pm. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 192 | 4/19/2022 | Sent email to clients containing estimate of damages for their review prior to their depositions on 4/21/22. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable client communication |
| 193 | 4/19/2022 | Assisted Kevin with translation for clients' deposition preparation conference. | Sabrina Antonelli | 1.2 | $195.00 | $234.00 | 1.2 | $175.00 | $210.00 | Reasonable at staff rate |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 194 | 4/19/2022 | Conducted client deposition preparation conference with clients and Sabrina translating. | Kevin Hirsh | 1.2 | $475.00 | $570.00 | 1.2 | $450.00 | $540.00 | Reasonable prep for deposition |
| 195 | 4/20/2022 | Comprehensive review of file so as to prepare for clients' depositions scheduled for 4/21/22. | Kevin Hirsh | 1.5 | $475.00 | $712.50 | 1.5 | $450.00 | $675.00 | Reasonable prep for deposition |
| 196 | 4/21/2022 | Appeared for clients' depositions as scheduled. | Kevin Hirsh | 6.3 | $475.00 | $2,992.50 | 6.3 | $450.00 | $2,835.00 | Reasonable for deposition/ prep/ depo wrap up/summary |
| 197 | 4/21/2022 | Receipt and review of email from opposing counsel providing availability for their expert to re-inspect the property. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 198 | 4/25/2022 | Phone call with clients to inform them that Marat will be in attendance with them at the expert's re-inspection of their property. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable client communication |
| 199 | 4/25/2022 | Receipt and review of email from opposing counsel confirming Defendant's re-inspection of the property for 5/12/22. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable. Attorney would track and direct |
| 200 | 4/25/2022 | Sent email to opposing counsel confirming clients' availability for Defendant's expert re-inspection on 5/12/22. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable. Attorney would track and direct |
| 201 | 4/25/2022 | Phone call with clients to confirm availability for Defendant's expert re-inspection on 5/12/22. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 202 | 4/26/2022 | Receipt and review of email from opposing counsel following up on scheduling the deposition of the corporate representative from Handyman Detection Services. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 203 | 5/4/2022 | Sent email to opposing counsel confirming our availability on 6/10/22 for the deposition of the corporate representative of Handyman Detection Services. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 204 | 5/4/2022 | Receipt and review of email from opposing counsel providing dates of availability for the depositions of the corporate representatives for Total Leak Detection and Commercial Water & Mold. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 205 | 5/12/2022 | Appeared for depo of Total Leak Detection's corporate representative as scheduled. Neither the court reporter nor the witness showed up, and so opposing counsel advised that the deposition will simply be rescheduled from here. | Kevin  Hirsh | 0.5 | $475.00 | $237.50 | 0.5 | $450.00 | $225.00 | Reasonable for deposition/ CNA - would wait 1/2 hour to take CAN |
| 206 | 5/12/2022 | Comprehensive review of file so as to prepare for deposition of Total Leak Detection's corporate representative scheduled for 5/12/22. | Kevin  Hirsh | 1.5 | $475.00 | $712.50 | 1.5 | $450.00 | $675.00 | Reasonable prep for deposition |
| 207 | 5/12/2022 | Sent email to opposing counsel explaining our office's absence from today's deposition of Commercial Water & Mold's corporate representative. | Kevin  Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 208 | 5/12/2022 | Sent email to opposing counsel providing dates of availabilty to reschedule the deposition of the corporate representative of Commercial Water & Mold. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 209 | 5/12/2022 | Receipt and review of email from opposing counsel regarding today's deposition of Commercial Water & Mold's corporate representative starting at 10 AM. | Kevin  Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 210 | 5/12/2022 | Receipt and review of email from opposing counsel seeking to reschedule the deposition of Commercial Water & Mold's corporate representative and reminding us of the deposition of Total Leak Detection's corporate representative scheduled for this afternoon. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 211 | 5/12/2022 | Phone call with opposing counsel in which it was agreed to reschedule the deposition of Commercial Water & Mold's corporate representative previously scheduled for today. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 212 | 5/16/2022 | Receipt and review of email from opposing counsel providing dates of availability from Eric Kleinman's office for mediation. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 213 | 5/16/2022 | Sent email to opposing counsel advising that I am unavailable for mediation on 6/9/22 due to my selection for jury duty. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 214 | 5/16/2022 | Receipt and review of email from opposing counsel proposing 6/9/22 for mediation. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 215 | 5/18/2022 | Sent email to mediator Eric Kleinman's office requesting his availability for mediation. email to mediator | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 216 | 5/18/2022 | Sent email to opposing counsel requesting alternative dates of availability for mediation. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 217 | 5/18/2022 | Receipt and review of email from opposing counsel providing new dates of availability from Eric Kleinman's office for mediation. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 218 | 5/20/2022 | Receipt and review of email from opposing counsel confirming the depositions of the corporate representatives of Commrcial Water & Mold and Total Leak Detection for 6/14/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 219 | 5/20/2022 | Sent email to opposing counsel confirming our availability for the depositions of Commercial Water & Mold and Total Leak Detection for 6/14/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 220 | 5/20/2022 | Phone call with Commercial Water & Mold to confirm their availability for deposition. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 221 | 5/20/2022 | Receipt and review of email from opposing counsel providing status as to the scheduling of mediation with Scott Weinstein. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 222 | 5/20/2022 | Receipt and review of email from opposing counsel seeking to schedule mediation as well as the depositions of the corporate representatives of Commercial Water & Mold and Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 223 | 5/25/2022 | Sent email to opposing counsel serving our Notice of Filing Expert Witness Disclosures. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 224 | 5/25/2022 | Receipt and review of opposing counsel's expert witness disclosure and accompanying exhibits naming Donald Dunn of My Plumbing Company as their causation expert. | Kevin Hirsh | 0.4 | $475.00 | $190.00 | 0.4 | $450.00 | $180.00 | Reasonable |
| 225 | 5/25/2022 | Drafted our expert witness disclosure for filing on PACER. | Kevin Hirsh | 0.4 | $475.00 | $190.00 | 0.4 | $450.00 | $180.00 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 226 | 5/25/2022 | Sent email to opposing counsel approving their proposed Joint Notice of Stipulation of Mediator for filing with the Court. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 227 | 5/25/2022 | Receipt and review of email from opposing counsel enclosing their proposed Joint Notice of Stipulation of Mediator for my review. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 228 | 5/25/2022 | Sent email to opposing counsel confirming my availability for mediation on 7/28/22. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 229 | 5/25/2022 | Receipt and review of email from opposing counsel seeking to schedule mediation for July 28th. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 230 | 5/25/2022 | Sent email to opposing counsel confirming clients' availability for mediation on 7/28/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 231 | 5/25/2022 | Phone call with clients who confirmed their availability for mediation on 7/28/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 232 | 5/25/2022 | Phone call with opposing counsel in which she provided a new proposed date for mediation of 7/28/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 233 | 5/25/2022 | Receipt and review of email from opposing counsel following up on the scheduling of mediation. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 234 | 5/25/2022 | Consulted with co-counsel on state of discovery and possibility of re-opening expert discovery; considered which experts might be available to address causation. Reviewed file in anticipation of possible MSJ or PFS from defendant. | Asher Perlin | 0.7 | $575.00 | $402.50 | 0.7 | $575.00 | $402.50 | Reasonable coordination between counsel to address litigation direction/ division of labor |
| 235 | 5/26/2022 | Sent email to Jon Pruitt's office requesting available dates to take his deposition. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 236 | 5/26/2022 | Receipt and review of email from opposing counsel confirming the scheduling of mediation for 7/28/22 at 2:00 P.M. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 237 | 5/26/2022 | Sent email to opposing counsel requesting deposition dates for Donald Dunn, agreeing to 30-day timeframe to provide rebuttal experts, and agreeing to extend pretrial deadlines from the Court's scheduling order. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 238 | 5/26/2022 | Receipt and review of email from opposing counsel seeking deposition dates for our named expert Jon Pruitt and proposing a 30-day window to provide rebuttal expert witness reports. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 239 | 5/27/2022 | Receipt and review of email from opposing counsel confirming the 30-day rebuttal expert disclosure deadline for 6/27/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0 | $175.00 | $0.00 | Reduction recommended. Considered as part of other entry |
| 240 | 6/1/2022 | Comprehensive review of file so as to prepare for deposition of Defendant's corporate representative scheduled for 6/2/22. | Kevin Hirsh | 1.5 | $475.00 | $712.50 | 1.5 | $450.00 | $675.00 | Reasonable prep for deposition |
| 241 | 6/1/2022 | Sent email to clients providing them with the Notice of Mediation scheduled for 7/28/22 on this matter. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 242 | 6/2/2022 | Receipt and review of opposing counsel's Notice of Supplemental Witness Disclosure. | Kevin Hirsh | 0.3 | $475.00 | $142.50 | 0.3 | $450.00 | $135.00 | Reasonable |
| 243 | 6/2/2022 | Sent email to opposing counsel approving their proposed joint motion to extend pretrial deadlines and amended scheduling order for filing with the Court. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 244 | 6/2/2022 | Receipt and review of email from opposing counsel making initial settlement offer and providing proposed Joint Motion to Extend Pretrial Deadlines for my review. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable efforts toward settlement |
| 245 | 6/2/2022 | Receipt and review of opposing counsel's amended Notice of Taking Deposition scheduling Commercial Water & Mold's deposition for 6/14/22. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 246 | 6/2/2022 | Receipt and review of email from opposing counsel enclosing letter she sent to Commercial Water & Mold regarding their deposition notice and attached subpoena for 6/14/22. | Kevin Hirsh | 0.3 | $475.00 | $142.50 | 0.3 | $450.00 | $135.00 | Reasonable |
| 247 | 6/2/2022 | Conducted deposition of Defendant's corporate representative as scheduled. | Kevin Hirsh | 1.8 | $475.00 | $855.00 | 1.8 | $450.00 | $810.00 | Reasonable and even low for this key deposition |
| 248 | 6/2/2022 | Sent lengthy email to Asher so as to discuss settlement negotiations strategy in light of receipt of opposing counsel's rebuttal expert estimate. | Kevin Hirsh | 0.3 | $475.00 | $142.50 | 0.3 | $450.00 | $135.00 | Reasonable |
| 249 | 6/2/2022 | Receipt and review of proposed damages estimate from opposing counsel that she will file as part of her rebuttal expert disclosure. | Kevin Hirsh | 0.5 | $475.00 | $237.50 | 0.5 | $450.00 | $225.00 | Reasonable |
| 250 | 6/2/2022 | Telephone call with opposing counsel discussing her retenion of a rebuttal estimate as well as potential settlement. | Kevin Hirsh | 0.2 | $475.00 | $95.00 | 0.2 | $450.00 | $90.00 | Reasonable |
| 251 | 6/2/2022 | Attempted to call opposing counsel per her request but could not get through. Sent her a follow-up email requesting a call back. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 252 | 6/2/2022 | Receipt and review of email from opposing counsel requesting a phone conference on this file. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 253 | 6/3/2022 | Sent email to opposing counsel advising that the depoition of Total Leak Detection's corpoate representative has previously been scheduled for 6/14/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 254 | 6/3/2022 | Receipt and review of email from opposing counsel providing courtesy copy of Commercial Water & Mold's deposition notice and requesting to reschedule the deposition of Total Leak Detection's corporate representative. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 255 | 6/7/2022 | Sent email to opposing counsel requesting alternative dates of availability for the taking of the deposition of Total Leak Detection's corporate representative. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 256 | 6/7/2022 | Receipt and review of email from opposing counsel preoviding dates of availability for the rescheduling of the deposition of Total Leak Detection's corporate representative. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 257 | 6/7/2022 | Receipt and review of opposing counsel's Supplemental Notice of Expert Witness Disclosure and attached exhibits. | Ana Carolina Sanchez | 0.3 | $195.00 | $58.50 | 0.3 | $175.00 | $52.50 | Reasonable. Would normally expect to see this entry from an attorney at a higher rate |
| 258 | 6/8/2022 | Receipt and review of email from Jon Pruitt's office providing availability for the taking of his deposition on this file. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 259 | 6/8/2022 | Sent email to Commercial Water & Mold providing them with Zoom information for their corporate representative's upcoming deposition. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 260 | 6/8/2022 | Sent follow up email to Jon Prruitt's office seeking his availability for the taking of his deposition. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 261 | 6/8/2022 | Sent email to opposing counsel requesting alternative availability to take the deposition of Jon Pruitt, Donald Dunn, and the corporate representative of Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 262 | 6/8/2022 | Receipt and review of email from opposing counsel providing availability to take the depositions of Jon Pruitt, Donald Dunn, and the corporate representative of Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 263 | 6/9/2022 | Comprehensive review of file so as to prepare for deposition of corporate representative of Handyman Detection Services scheduled for 6/10/22. | Kevin Hirsh | 1.5 | $475.00 | $712.50 | 1.5 | $450.00 | $675.00 | Reasonable prep for deposition |
| 264 | 6/10/2022 | Sent email to opposing counsel seeking alternative dates of availability for the rescheduling of the depositions of the corporate representatives of Handyman Detection Services and Total Leak Detection and the scheduling of Jon Pruitt's deposition. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 265 | 6/10/2022 | Drafted Plaintiffs' First Request for Production for filing and service upon opposing counsel. | Lourna Rosembert-Joseph | 0.5 | $475.00 | $237.50 | 0.5 | $375.00 | $187.50 | Reasonable |
| 266 | 6/10/2022 | Drafted Plaintiffs' First Set of Interrogatories for filing and service upon opposing counsel. | Lourna Rosembert-Joseph | 0.5 | $475.00 | $237.50 | 0.5 | $375.00 | $187.50 | Reasonable |
| 267 | 6/10/2022 | Receipt and review of email from opposing counsel seeking dates of availability for the rescheduling of the depositions of the corporate representatives of Handyman Detection Services and Total Leak Detection and the scheduling of Jon Pruitt's deposition. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| 268 | 6/10/2022 | Appeared for depo of corporate representative of Handyman Detection Services as scheduled. The corporate representative failed to appear, and a Certificate of Non-Appearance was taken after a 30-minute wait. | Kevin Hirsh | 0.5 | $475.00 | $237.50 | 0.5 | $450.00 | $225.00 | Reasonable for deposition |
| 269 | 6/10/2022 | Comprehensive review of file so as to prepare for deposition of field adjuster Bryant Huguet scheduled for 6/13/22. | Kevin Hirsh | 0.8 | $475.00 | $380.00 | 0.8 | $450.00 | $360.00 | Reasonable |
| 270 | 6/13/2022 | Receipt and review of email from Jon Pruitt's office advising that they cannot provide availability for Mr. Pruitt's deposition until his deposition fee is paid by opposing counsel. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 271 | 6/13/2022 | Receipt and review of email from Commercial Water & Mold representative canceling the deposition preparation phone call scheduled for today. | Kevin Hirsh | 0.3 | $475.00 | $142.50 | 0.3 | $450.00 | $135.00 | Reasonable. Attorney would expect to spend time addressing/sorting out issues with last minute witness cancelation. |
| 272 | 6/13/2022 | Receipt and review of return of service from process server confirming that field adjuster Bryant Huguet was properly served with notice of his depsosition scheduled for 6/13/22. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 273 | 6/13/2022 | Appeared for field adjuster Bryant Huguet's depo as scheduled. Mr. Huguet did not show up after being properly served with his deposition subpoena on 3/29/22, and so I took a Certificate of Non-Appearance. | Kevin Hirsh | 0.5 | $475.00 | $237.50 | 0.5 | $450.00 | $225.00 | Reasonable for deposition/ CNA - would wait 1/2 hour to take CNA |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 274 | 6/13/2022 | Sent email to opposing counsel providing Kevin's availability for the depositions of the corporate representatives of Handyman Detection Services and Total Leak Detection. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 275 | 6/13/2022 | Receipt and review of email from opposing counsel seeking dates of availability for the rescheduling of the depositions of the corporate representatives of Handyman Detection Services and Total Leak Detection and the scheduling of Jon Pruitt's deposition. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 276 | 6/13/2022 | Sent email to Jon Pruitt's office requesting additional dates from Mr. Pruitt to take his deposition. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 277 | 6/13/2022 | Receipt and review of email from Commercial Water & Mold confirming availability for a pre-deposition preparation conference on 6/13/22 at 4:00 P.M. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 278 | 6/13/2022 | Sent email to Commercial Water & Mold to schedule pre-depositionpreparation conference prior to their corporate representative's deposition scheduled for 6/14/22. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 279 | 6/13/2022 | Comprehensive review of file so as to prepare for deposition of Commercial Water & Mold's corporate representative scheduled for 6/14/22. | Kevin Hirsh | 0.8 | $475.00 | $380.00 | 0.8 | $450.00 | $360.00 | Reasonable and even low for deposition prep |
| 280 | 6/14/2022 | Appeared for depo of Commercial Water & Mold's corporate representative, Mendy Breier, as scheduled. | Kevin Hirsh | 1.8 | $475.00 | $855.00 | 1.8 | $450.00 | $810.00 | Reasonable for deposition |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 281 | 6/15/2022 | Receipt and review of email from Jon Pruitt's office seeking status of payment of their invoice for expert services performed. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 282 | 6/17/2022 | Sent email to opposing counsel confirming our office's availability for the depositions of the corporate representatives of Total Leak Detection and Handyman Inspection Services. Additionally requested dates for the rescheduling of the deposition of Scottsdale's field adjuster Bryant Huguet. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 283 | 6/17/2022 | Sent email to opposing counsel providing alternative dates of availability for the depositions of Jon Pruitt and the corporate representatives of Total Leak Detection and Handyman Detection Services. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 284 | 6/22/2022 | Sent invoice from Jon Pruitt to opposing counsel so as to secure Mr. Pruitt's requested deposition fee prior to coordinating a date for said deposition. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 285 | 6/22/2022 | Sent email to opposing counsel requesting alternative dates of availability for the taking of Bryant Huguet's deposition. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 286 | 6/22/2022 | Receipt and review of email from opposing counsel confirming the scheduling of the depositions of the corporate representatives of Total Leak Detection and Handyman Leak Detection Services for 08/18/22. Opposing counsel additionally provided availability for the taking of the deposition of Scottsdale's field adjuster Bryant Huguet. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 287 | 6/27/2022 | Receipt and review of opposing counsel's 2nd Notice of Taking Deposition for the corporate representative of Total Leak Detection. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 288 | 6/27/2022 | Receipt and review of opposing counsel's 2nd Notice of Taking Deposition for the corporate representative of Handyman Detection Services. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 289 | 6/28/2022 | Drafted Notice of Appearance for Kevin on this claim to be filed with PACER. | Ana Carolina Sanchez | 0.2 | $195.00 | $39.00 | 0.2 | $175.00 | $35.00 | Reasonable and material assistance from paralegal in preparing documents for attorney/ tracking deadlines. Would generally be an attorney at a higher rate charging for review and approval of the filing |
| 290 | 6/28/2022 | Receipt and review of signed Order Granting Joint Motion for Extension of Time to Comply with Pretrial Deadlines from the Court. | Ana Carolina Sanchez | 0.2 | $195.00 | $39.00 | 0.2 | $175.00 | $35.00 | Reasonable and material assistance from paralegal in preparing documents for attorney/ tracking deadlines. Would generally be an attorney at a higher rate handling this task |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 291 | 7/5/2022 | Phone call to Jon Pruitt's office to obtain additional availability for Mr. Pruitt to sit for deposition in this matter. | Sabrina Antonelli | 0.2 | $195.00 | $39.00 | 0.1 | $175.00 | $17.50 | Minor reduction recommended |
| 292 | 7/5/2022 | Receipt and review of email from opposing counsel confirming receipt of Jon Pruitt's expert invoice and providing dates of their availability for Mr. Pruitt's deposition. | Sabrina Antonelli | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 293 | 7/8/2022 | Sent email to opposing counsel confirming Jon Pruitt's availability for his deposition to take place on 8/30/22 at 2:00 P.M. | Monique Williams | 0.1 | $195.00 | $19.50 | 0.1 | $175.00 | $17.50 | Reasonable |
| 294 | 7/11/2022 | Receipt and review of opposing counsel's written discovery responses, inclusive of production file, for completeness and to determine whether we must move to compel better responses. | Kevin Hirsh | 1.5 | $475.00 | $712.50 | 1.5 | $450.00 | $675.00 | Reasonable |
| 295 | 7/19/2022 | Sent email to our expert Jon Pruitt advising him of the scheduling of his deposition and requesting confirmation as to whether he can accept service of his depo subpoena via email. Additionally requested a copy of his invoice for opposing counsel's consideration. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable and involves direction from attorney/ lawyer work |
| 296 | 7/19/2022 | Receipt and review of service email from opposing counsel enclosing Jon Pruitt's Notice of Taking Deposition. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable |
| 297 | 7/25/2022 | Conducted pre-mediation preparation conference with clients on the phone. | Kevin Hirsh | 0.5 | $475.00 | $237.50 | 0.5 | $450.00 | $225.00 | Reasonable prep for mediation |
| 298 | 7/25/2022 | Coordinated telephone conference with clients for today to have a mediation preparation conference with Kevin. | Sabrina Antonelli | 0.2 | $195.00 | $39.00 | 0.2 | $175.00 | $35.00 | Reasonable prep for mediation |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 299 | 7/27/2022 | Comprehensive review of file, including the pleadings, the parties' written discovery responses, and counsel's notes from all depositions taken on the file, so as to prepare for mediation scheduled for 7/28/22. | Kevin Hirsh | 1.5 | $475.00 | $712.50 | 1.5 | $450.00 | $675.00 | Reasonable prep for mediation |
| 300 | 7/28/2022 | Attended mediation on this file as scheduled, where an indemnity settlement was reached. | Kevin Hirsh | 3.5 | $475.00 | $1,662.50 | 3.5 | $450.00 | $1,575.00 | Reasonable for mediation and settlement of case |
| 301 | 7/28/2022 | Drafted case summary and submitted to mediator via email per his request. | Kevin Hirsh | 0.8 | $475.00 | $380.00 | 0.8 | $450.00 | $360.00 | Reasonable and requested by mediator |
| 302 | 7/28/2022 | Receipt and review of email from mediator Scott Weinstein requesting summary of case prior to this afternoon's mediation. | Kevin Hirsh | 0.1 | $475.00 | $47.50 | 0.1 | $450.00 | $45.00 | Reasonable. Would recommend allowance for case close out charges or charges that relate to the recovery that may still be accruing. These include (without limitation: The Motion to Tax Fees/Costs (goes to entitlement not amount of fees); closing payments/statement with client; dismissal/case closure filings with the court; releases required by the insurer). |
| 303 | | **TOTAL:** | | **102.6** | | **$43,197.25** | **98.6** | | **$39,298.25** | |
| 304 | | | | | | | | | | |
| 305 | | KEY: | | | | | | | | |
| 306 | | Yellow = Items recommended for reduction by Plaintiff's Expert | | | | | | | | |
| 307 | | Orange = Corrections of typographical errors confirmed with Plaintiff's counsel. | | | | | | | | |

| | DATE | ITEM | ATTORNEY | | | CLAIMED | | | RECOMMEND | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/18/2022 | Costs of court reporter (Regency Court Reporting) | Kevin Hirsch | | | $83.00 | | | $83.00 | Reasonable. "Litigation Costs That Should be Taxed" per App II Statewide Uniform Guidelines for Taxation of Costs in Civil Actions. Trial -Court Reporting costs other than depositions |
| 2 | 7/30/2022 | Scott Weinstein Mediation (1/2 Cost of Mediator) | Kevin Hirsch | | | $1,000.00 | | | $1,000.00 | Reasonable. "Litigation Costs That May be Taxed" per App II Statewide Uniform Guidelines for Taxation of Costs in Civil Actions. Mediation Fees & Expenses |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1/21/2022 | Construction Consulting Roofing (Cost of Expert Service to be Used for Trial) | Kevin Hirsch | | | $6,268.68 | | | $6,268.68 | Reasonable. "Litigation Costs That May be Taxed" per App II Statewide Uniform Guidelines for Taxation of Costs in Civil Actions. 1. Expert Witnesses. A reasonable fee for deposition and/or trial testimony, and the costs of preparation of any court ordered report. |
| 4 | | **Filing Fee/Summons/Service of Process** | **Kevin Hirsch** | | | **$411.00** | | | **$411.00** | **Reasonable.** |
| | | **TOTAL:** | | | | **$7,762.68** | | | **$7,762.68** | |