UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

CASE NO.:   1:21-cv-20687-JLK

LEONARDO HERNANDEZ AND ANA
PATRICIA HERNANDEZ,
    *Plaintiff,*

vs.

SCOTTSDALE INSURANCE COMPANY,
    *Defendant.*
_____/

## NOTICE OF SETTLEMENT
*(indemnity only)*

COMES NOW, the Plaintiff, by and through the undersigned counsel, and hereby notifies the Court that the case (indemnity claim) has been amicably settled between the Parties. The Defendant has stipulated to Plaintiff's entitlement to reasonable attorneys' fees and costs. The Plaintiff requests that the Court retain jurisdiction to enforce terms of the Full and Final Release and for the purposes of adjudicating and enforcing a final judgment in Insurance Litigation Group's favor for its award of reasonable attorneys' fees and taxable costs, and any other directly and/or indirectly legal right related thereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document is being served on February 6, 2023, via an automatic email generated by the Florida Courts E-Filing Portal to: **Patricia A. McLean, Esq.,** PHELPS DUNBAR LLP, (patricia.mclean@phelps.com, betsy.algarin@phelps.com).

INSURANCE LITIGATION GROUP, P.A.
Attorney for Plaintiff
1500 NE 162nd Street
Miami, Florida 33162
Telephone:   (786) 529-0090
Facsimile:   (866) 239-9520
E-Mail: service@ilgpa.com

By:   /s/ Kevin Hirsh, Esq.
      KEVIN HIRSH, ESQ
      FL Bar No. 123565