UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20687-JLK

LEONARDO HERNANDEZ and ANA PATRICIA HERNANDEZ,

    Plaintiffs,

vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.

_____/

## ORDER CANCELING PRETRIAL CONFERENCE AND TRIAL

THIS MATTER is before the Court on Plaintiffs' Notice of Settlement (*Indemnity Only*) (DE 23), filed February 6, 2023.

Plaintiffs notify the Court that the case (indemnity claim) has been amicably settled between the Parties. *Id.* The only pending motion in this case is Plaintiffs' Motion for Attorney's Fees. DE 13. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED, and DECREED** that the dates set in the Court's Scheduling Order of June 6, 2022 **(DE 10)** be, and the same are, hereby **CANCELED** including the Pretrial Conference set for February 10, 2023, and Trial set for April 10, 2023.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of February, 2022.

                                                  JAMES LAWRENCE KING
                                                  UNITED STATES DISTRICT JUDGE

**cc:**    **All counsel of record**