IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-20687-JLK

LEONARDO HERNANDEZ and ANA PATRICIA HERNANDEZ,

   *Plaintiffs,*

vs.

SCOTTSDALE INSURANCE COMPANY,

   *Defendant.*
_____/

## NOTICE OF NINETY DAYS EXPIRING

Pursuant to Local Rule 7.1(b)(4), Plaintiffs, Leonardo and Ana Patricia Hernandez, respectfully file this Notice of Ninety Days Expiring, and state as follows:

(i) Plaintiffs filed and served their Amended Motion to Determine Amount of Attorney's Fees and Costs (DE 13) (the "Motion") on October 7, 2022.

(ii) Defendant filed and served its Response to Plaintiffs' Amended Motion to Determine Amount of Attorney's Fees and Costs (DE 19) on October 28, 2022.

(iii) Plaintiffs filed and served their Reply in Support of Plaintiffs' Amended Motion to Determine Amount of Attorney's Fees and Costs (DE 22) on November 21, 2022.   and

(iv) The Motion has been fully briefed for more than ninety days, and no hearing has been set or held on the Motion.

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing document is being served on May 8, 2023, via an automatic email generated by the Florida Courts E-Filing Portal to: **Patricia A. McLean, Esq. & Chancey O. Smith, Esq.,** PHELPS DUNBAR LLP, (patricia.mclean@phelps.com, betsy.algarin@phelps.com, chancey.smith@phelps.com, milani.colon@phelps.com).

Respectfully submitted,

INSURANCE LITIGATION GROUP, P.A.
*Attorney for Plaintiffs*
1500 NE 162nd Street
North Miami Beach, FL 33162
Telephone: (786) 529-0090
Facsimile: (866) 239-9520
E-Mail: service@ilgpa.com

By: /s/ Kevin Hirsh
KEVIN HIRSH, Esq.
FL Bar No. 123565

ILG File #: 19089
Claim #: 01974679
Case #: 1:21-cv-20687-JLK