UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-20687-JLK

LEONARDO HERNANDEZ and
ANA PATRICIA HERNANDEZ,

    Plaintiffs

v.

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' AMENDED MOTION TO DETERMINE AMOUNT OF ATTORNEYS' FEES AND COSTS

THIS CAUSE is before the Court on the August 28, 2023, Report and Recommendation ("R&R") (DE 27) of Magistrate Judge Jacqueline Becerra. On September 11, 2023, the Parties notified the Court of their acceptance of the Magistrate Judge's recommendations. DE 28

The R&R recommends that Plaintiffs' Amended Motion to Determine Amount of Attorneys' Fees and Costs (DE 13) be granted in part and denied in part so that Plaintiffs should be awarded $30,872.63 in attorneys' fees and $411.00 in costs. R&R at 12. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's Report and Recommendation **(DE 27)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court; and

2. Plaintiffs' Amended Motion to Determine Amount of Attorneys' Fees and Costs **(DE 13)** is hereby **GRANTED IN PART AND DENIED IN PART** consistent with Magistrate Judge Becerra's R&R.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 12th day of September, 2023.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All counsel of record